**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: T−MOBILE CUSTOMER DATA SECURITY
BREACH LITIGATION                                                                                          MDL No. 3019

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.
Date Filed: 12/14/2021  Paige A. Wymore-Wynn, Clerk
By: _____ Deputy Clerk

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On December 3, 2021, the Panel transferred 5 civil action(s) to the United States District Court for the Western District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2021). Since that time, no additional action(s) have been transferred to the Western District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Brian C. Wimes.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Missouri and assigned to Judge Wimes.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Missouri for the reasons stated in the order of December 3, 2021, and, with the consent of that court, assigned to the Honorable Brian C. Wimes.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 14, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: T–MOBILE CUSTOMER DATA SECURITY
BREACH LITIGATION                                                MDL No. 3019

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 21–07422 | Lourdes Galvez–Galvan v. T–Mobile USA, Inc. |
| CAC | 2 | 21–07531 | David H. Feinberg et al v. T–Mobile, Inc. |
| CALIFORNIA NORTHERN | | | |
| ~~CAN~~ | ~~3~~ | ~~21–08995~~ | ~~Achermann v. T–Mobile USA, Inc.~~  Opposed 12/13/2021 |
| CAN | 5 | 21–06660 | Avrech et al v. T–Mobile USA, Inc. |
| CAN | 5 | 21–06879 | Lang v. T–Mobile USA, Inc. |
| CAN | 5 | 21–07581 | Shanmukh v. T–Mobile USA, Inc. |
| NEVADA | | | |
| NV | 2 | 21–01764 | Lomax v. T–Mobile USA, Inc. |
| NEW JERSEY | | | |
| NJ | 3 | 21–16005 | SAVICK et al v. T–MOBILE USA, INC. |
| NJ | 3 | 21–16155 | SADRGILANY et al v. T–MOBILE USA, INC. |
| NJ | 3 | 21–16181 | CHRISTIE v. T–MOBILE USA INC. |
| NJ | 3 | 21–16299 | DELERME et al v. T–MOBILE USA, INC. |
| NJ | 3 | 21–16536 | PALOMINO et al v. T–MOBILE USA, INC. |
| NEW YORK WESTERN | | | |
| NYW | 6 | 21–06628 | Bensen v. T–Mobile USA, Inc. |
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 21–00838 | Peralta et al v. T–Mobile USA Inc |
| TEXAS SOUTHERN | | | |
| TXS | 7 | 21–00322 | Winkler et al v. T–Mobile USA, Inc. |
| WASHINGTON WESTERN | | | |
| WAW | 2 | 21–01130 | Carp v. T–Mobile USA Inc |
| WAW | 2 | 21–01137 | Lam et al v. T–Mobile USA Inc |
| WAW | 2 | 21–01138 | Donovan et al v. T–Mobile USA Inc |

| | | | |
|---|---|---|---|
| WAW | 2 | 21−01139 | Hughes v. T−Mobile USA Inc |
| WAW | 2 | 21−01148 | Villalon v. T−Mobile USA Inc |
| WAW | 2 | 21−01153 | Norris et al v. T−Mobile USA Inc |
| WAW | 2 | 21−01157 | Rogoff v. T−Mobile USA Inc |
| WAW | 2 | 21−01161 | Schupler v. T−Mobile USA Inc |
| WAW | 2 | 21−01169 | Harper et al v. T−Mobile US Inc |
| WAW | 2 | 21−01179 | Akins et al v. T−Mobile USA Inc |
| WAW | 2 | 21−01181 | Simaan v. T−Mobile USA Inc |
| WAW | 2 | 21−01183 | Huerta v. T−Mobile USA Inc |
| WAW | 2 | 21−01189 | Avery et al v. T−Mobile USA Inc |
| WAW | 2 | 21−01190 | Hamilton−Bynum v. T−Mobile USA Inc |
| WAW | 2 | 21−01208 | Strenfel v. T−Mobile USA Inc |
| WAW | 2 | 21−01226 | Halpern v. T−Mobile USA Inc |
| WAW | 2 | 21−01245 | Glinoga et al v. T−Mobile USA Inc |
| WAW | 2 | 21−01266 | Billups et al v. T−Mobile USA Inc |
| WAW | 2 | 21−01277 | Brackman v. T−Mobile USA Inc |
| WAW | 2 | 21−01321 | Augustin v. T−Mobile USA Inc |
| WAW | 2 | 21−01324 | Cooke et al v. T−Mobile USA Inc |
| WAW | 2 | 21−01415 | Precour et al v. T−Mobile USA Inc |
| WAW | 2 | 21−01460 | Song et al v. T−Mobile USA Inc |